1  ALEXANDER G. CALFO (SBN 152891)
   *alexander.calfo@btlaw.com*
2  KELLEY S. OLAH, (SBN 245180)
   *kelley.olah@btlaw.com*
3  STACY L. FOSTER (SBN 285544)
   *stacy.foster@btlaw.com*
4  **BARNES & THORNBURG LLP**
   2029 Century Park East, Suite 300
5  Los Angeles, California  90067
   Telephone:    (310) 284-3880
6  Facsimile:    (310) 284-3894

7  Attorneys for Defendants
   DEPUY ORTHOPAEDICS, INC.; DEPUY
8  INTERNATIONAL LIMITED; DEPUY SYNTHES JOINT
   RECONSTRUCTION; JOHNSON & JOHNSON
9  SERVICES, INC.; JOHNSON & JOHNSON (erroneously
   sued as Johnson & Johnson, Inc.); JOHNSON & JOHNSON
10 INTERNATIONAL

11
                    UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13

14
   WILLIAM FREDRICKSON and MARY         Case No.  CV15-02742-LHK
15 FREDRICKSON,
                                        **[PROPOSED]** **ORDER RE STIPULATION**
16              Plaintiffs,             **TO STAY ALL PROCEEDINGS**

17         vs.                          Complaint Filed:  May 21, 2015

18 DEPUY ORTHOPAEDICS, INC.; DEPUY
   INTERNATIONAL LIMITED; DEPUY
19 SYNTHES JOINT RECONSTRUCTION;
   JOHNSON & JOHNSON SERVICES,
20 INC.; JOHNSON & JOHNSON, INC.;
   JOHNSON & JOHNSON
21 INTERNATIONAL; THOMAS P.
   SCHMALZRIED, M.D.; THOMAS P.
22 SCHMALZRIED, M.D., A
   PROFESSIONAL CORPORATION; and
23 DOES 1 through 50, inclusive,

24              Defendants.

25

26

27     TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

28     Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiffs

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES
                                    - 1 -                    CV15-02742-LHK
                    [PROPOSED] ORDER RE STIPULATION TO STAY ALL PROCEEDINGS

1    WILLIAM FREDRICKSON and MARY FREDRICKSON, and Defendants DEPUY

2    ORTHOPAEDICS, INC., DEPUY INTERNATIONAL LIMITED, JOHNSON & JOHNSON

3    SERVICES, INC., and JOHNSON & JOHNSON (erroneously sued as Johnson & Johnson, Inc.),

4    upon consideration of all documents, files, and pleadings in this action; and upon good cause

5    shown, it is hereby ORDERED that:

6          1.     The Parties' request for a stay of proceedings is GRANTED;

7          2.     All proceedings in this action are hereby stayed, pending a decision by the Judicial

8    Panel on Multidistrict Litigation on whether this case should be transferred to In re DePuy

9    Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation, MDL Docket No. 2244.

10         3.     Deadlines relating to any outstanding responsive pleading are extended pending

11   entry of a Scheduling Order in the MDL court addressing responsive pleadings and the deadline

12   to file any remand motion is extended pursuant to the MDL court's August 14, 2012 "Order

13   Regarding Cases Removed from State Court," and any subsequent orders that the MDL Court

14   may issue.

15

16   PURSUANT TO STIPULATION, IT IS SO ORDERED.
     The Clerk shall administratively close the case file.
17

18   Dated:   July 6   , 2015          _Lucy H. Koh_____

19                                      UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -                                    CV15-02742-LHK

[PROPOSED] ORDER RE STIPULATION TO STAY ALL PROCEEDINGS